**ABC OFFICE EQUIPMENT, INC., Plaintiff,**

v.

**ROYAL CONSUMER BUSINESS PRODUCTS, A DIVISION OF TRIUMPH-ADLER-ROYAL, INC. and Triumph-Adler-Royal Northamerica, Inc., Defendants,**

v.

**John J. CRIMMINS, Third-Party Defendant.**

Nos. H-87-613 (PCD), H-87-712 (PCD).

United States District Court,
D. Connecticut.

April 6, 1990.

JOHN J. CRIMMINS,
THE THIRD PARTY DEFENDANT
By Leon M. Rosenblatt
Leon M. Rosenblatt
ROYAL CONSUMER BUSINESS PRODUCTS, et al.
THE DEFENDANTS
BY Raymond T. DeMeo
Raymond T. DeMeo

ORDER

DORSEY, District Judge.

Granted. The judgment entered November 15, 1989 in favor of Royal on the cross-complaint is hereby vacated and all claims made by Crimmins or Royal against the other is dismissed with prejudice and without costs. SO ORDERED.